UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVRA AKAGI SCHER, *et al.*,<br><br>                Plaintiffs,<br><br>        -v.-<br><br>TURIN HOUSING DEVELOPMENT FUND COMPANY, INC., *et al.*,<br><br>                Defendants. | 19 Civ. 2089 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

    The parties are hereby ORDERED to appear for a telephonic conference on February 3, 2021, at 3:00 p.m., for an oral decision on the motions pending in this case. At 3:00 p.m., the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to 3:00 p.m.

    SO ORDERED.

Dated:  January 20, 2021
           New York, New York

                                            KATHERINE POLK FAILLA
                                            United States District Judge