UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVRA AKAGI SCHER, *et al.*,<br><br>                           Plaintiffs,<br><br>          -v.-<br><br>TURIN HOUSING DEVELOPMENT FUND COMPANY, INC., *et al.*,<br><br>                           Defendants. | 19 Civ. 2089 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

On February 3, 2021, the Court held a hearing in this matter on the parties' motions for summary judgment. For the reasons set forth on the record, the Court DENIES the parties' cross-motions for summary judgment on Plaintiffs' breach of contract claim, and the Court GRANTS Defendants' motion for summary judgment on Plaintiff's retaliation claims. The parties are directed to submit letters to the Court regarding their anticipated next steps on or before March 5, 2021. The Clerk of Court is directed to terminate the motions at docket entries 52 and 53.

    SO ORDERED.

Dated:   February 3, 2021
         New York, New York

                                                    *Katherine Polk Failla*
                                          _____
                                              KATHERINE POLK FAILLA
                                              United States District Judge