UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVRA AKAGI SCHER, *et al.*,<br><br>                              Plaintiffs,<br><br>              -v.-<br><br>TURIN HOUSING DEVELOPMENT<br>FUND COMPANY, INC., *et al.*,<br><br>                              Defendants. | 19 Civ. 2089 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

Earlier today, the Court held a hearing on Plaintiffs' motion for reconsideration of the Court's prior decision partially granting Defendants' motion for summary judgment. For the reasons set forth on the record, Plaintiffs' motion is DENIED. The Clerk of Court is directed to terminate the motion at docket entry 90.

SO ORDERED.

Dated:  April 22, 2021
         New York, New York

                                                     *Katherine Polk Failla*
                                              _____
                                                    KATHERINE POLK FAILLA
                                                    United States District Judge