UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVRA AKAGI SCHER and JOHN SOHEI AKAGI,<br><br>                                 Plaintiffs,<br><br>                    -v.-<br><br>TURIN HOUSING DEVELOPMENT FUND COMPANY, INC., *et al.*,<br><br>                                 Defendants. | 19 Civ. 2089 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On June 27, 2022, it was reported to the Court that the court-ordered mediation in this case did not resolve any issues in this case.  Accordingly, the parties are hereby ORDERED to file a joint letter on or before **July 12, 2022**, proposing next steps in this matter.

SO ORDERED.

Dated:   June 28, 2022
         New York, New York

                                                    _____
                                                       KATHERINE POLK FAILLA
                                                       United States District Judge