# BIERMAN & ASSOCIATES
11 Broadway, Ste. 615
New York, New York 10004
—
917-701-8969

July 18, 2022

**BY ECF**

Honorable Katherine Polk Failla
United States District Court
40 Foley Square
New York, NY 10007



    Re: *Scher et al v. Turin HDFC et al.* Docket No. 19-cv-2089(KPF)
        (Related Docket No. 13-cv-5258 (KPF))

Dear Judge Failla:

    This office represents the plaintiffs Avra Akagi Scher and John Akagi in this action ("Plaintiffs"). This Court, by order dated July 18, 2022, scheduled a conference for August 5, 2022. Doc. No. 116. Due to a conflict of that date with a previously long scheduled important personal matter, Plaintiffs respectfully request that the conference be rescheduled. I have conferred with the attorneys for defendant and the following dates are available for all parties: August 8, 11, 15, 17 and 18, 2022.

    We therefore respectfully request that the conference be rescheduled for one of the foregoing dates or for such date as is convenient to the Court and the parties. Plaintiffs, who have transmitted the Court's July 18, 2022 Memorandum Order as provided for therein, will notify Laura Brancato, Katherine Akagi and John Akagi of any rescheduling.

    This is the first request to reschedule this conference. We thank the Court for its consideration.

Respectfully,

/s/ *Mark H. Bierman*

Mark H. Bierman

Application GRANTED. The conference scheduled for August 5, 2022, is hereby ADJOURNED to **August 17, 2022, at 12:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The Court is also in receipt of Mr. Bierman's letter in opposition to Defendant's request for a conference, filed on July 18, 2022 (Dkt. #117), and notes that it will hear from both parties on the issues raised in that letter at the August 17 conference. The Clerk of Court is directed to terminate the pending motion at docket number 118.

Dated:     July 19, 2022              SO ORDERED.
           New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE