UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AVRA AKAGI SCHER and JOHN SOHEI AKAGI,

                Plaintiffs,

-v.-

TURIN HOUSING DEVELOPMENT FUND COMPANY, INC., *et al.*,

                Defendants.

19 Civ. 2089 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    In light of the upcoming conference in this matter, the deadline for the parties to file the joint letter requested by the Court on July 11, 2022 (*see* Dkt. #111), is hereby ADJOURNED *sine die*.

    SO ORDERED.

Dated:  July 19, 2022
           New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge