UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVRA AKAGI SCHER and JOHN SOHEI AKAGI,<br><br>                              Plaintiffs,<br><br>                 -v.-<br><br>TURIN HOUSING DEVELOPMENT FUND COMPANY, INC., *et al.*,<br><br>                              Defendants. | 19 Civ. 2089 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

Counsel for all parties are directed to meet and confer and provide the Court with a status update regarding this litigation by **January 31, 2023**.

SO ORDERED.

Dated:   December 19, 2022
             New York, New York

*[signature: Katherine Polk Failla]*

KATHERINE POLK FAILLA
United States District Judge