UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AVRA AKAGI SCHER and JOHN
SOHEI AKAGI,

                           Plaintiffs,

                  -v.-

TURIN HOUSING DEVELOPMENT
FUND COMPANY, INC., *et al.*,

                           Defendants.

19 Civ. 2089 (KPF)

**ORDER OF DISCONTINUANCE**

KATHERINE POLK FAILLA, District Judge:

By an email to the Court dated January 12, 2024, Plaintiff John Akagi

and Turin Housing Development Fund Company, Inc. reported to the Court

that they have reached a settlement in principle in this case.  Accordingly, it is

hereby:

ORDERED that this action be conditionally discontinued without

prejudice and without costs; provided, however, that within thirty (30) days of

the date of this Order, the parties may submit to the Court their own

Stipulation of Settlement and Dismissal for the Court to So Order.  Otherwise,

within such time Plaintiff Akagi may apply by letter for restoration of the action

to the active calendar of this Court in the event that the settlement is not

consummated.  Upon such application for reinstatement, the parties shall

continue to be subject to the Court's jurisdiction, the Court shall promptly

reinstate the action to its active docket, and the parties shall be directed to

appear before the Court, without the necessity of additional process, on a date

within ten (10) days of the application, to schedule remaining pretrial

proceedings and/or dispositive motions, as appropriate.  This Order shall be deemed a final discontinuance of the action with prejudice in the event that Plaintiff Akagi has not requested restoration of the case to the active calendar within such 30-day period.

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

SO ORDERED.

Dated:    January 12, 2024
          New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge